**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      In the Interest of A.F.R. AKA Baby Boy R

Appellate case number:   01-20-00355-CV

Trial court case number:  2018-04986J

Trial court:                    315th District Court of Harris County

Date motion filed:          November 30, 2020

Party filing motion:        Appellant


It is ordered that the motion for rehearing is **denied**. *See* TEX. R. APP. P. 52.9.


Judge's signature: ____/s/ Sherry Radack_____
                          Acting for the Court

Panel consists of: Chief Justice Radack and Justices Hightower and Adams.


Date: ___December 31, 2020_____